IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN ALTMAN,<br><br>Plaintiff,<br><br>v.<br><br>BCD TRAVEL USA, LLC<br><br>Defendant. | Case No: 1:20-cv-07208<br><br>Hon. Virginia M. Kendall<br><br>Jury Trial Demanded |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Susan Altman, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that the above-entitled action against Defendant BCD Travel USA, LLC is voluntarily dismissed, with prejudice.

Dated: February 3, 2021　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　SUSAN ALTMAN

　　　　　　　　　　　　　　　　　　By:　　/s/ Carmen D. Caruso

Carmen D. Caruso (#6189462) - cdc@cdcaruso.com
William B. Whitner (#6331564) - wbw@cdcaruso.com
CARMEN D. CARUSO LAW FIRM
77 West Washington St., Ste 1900
Chicago, IL 60602

and

Gary D. Abrams (No. 00050101L)
GARY D. ABRAMS & ASSOCIATES, LTD.
55 West Monroe Street, St. 1200
Chicago, IL 60603

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing to be served upon all counsel of record via the Court's electronic filing system.

*/s/ Carmen D. Caruso*