# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Susan Altman
                         Plaintiff,

v.                                          Case No.: 1:20−cv−07208
                                            Honorable Virginia M. Kendall

BCD Travel USA, LLC
                         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 4, 2021:

    MINUTE entry before the Honorable Virginia M. Kendall. Case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Notice of Voluntary Dismissal [3]. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.